**Order filed March 30, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00217-CV
_____

**IN THE INTEREST OF R.R.A., H.G.A., H.B.A., CHILDREN**

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2019-63090**

# O R D E R

This is an accelerated appeal from a judgment in a parental termination appeal. On March 29, 2022, this court struck appellant's motion for extension of time to file a notice of appeal, as the motion included the full names of minors at issue in this appeal. *See* Tex. R. App. P. 9.8(b)(1)(A). In striking the motion, this court instructed appellant that if the motion was refiled, appellant must not include his own full name nor that of the minors' mother. *See* Tex. R. App. P. 9.8(b)(1)(B). The court's order specifically noted that appellant must not include that information in any certificate of service accompanying the motion.

The same day the order issued, appellant refiled his motion for extension of time to file a notice of appeal. That motion does not comply with this court's previous order and the Texas Rules of Appellate Procedure, as it includes both the appellant and the mother's full name in the certificate of service.

Accordingly, we order appellant's re-filed motion **STRICKEN**. If appellant wishes to continue to advance a motion to extend time to file a notice of appeal, both his full name and the mother's full name must be excluded from the entirety of the document. *See* Tex. R. App. P. 9.8(b)(1)(B).

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.